UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| CELLMARK USA, LLC and<br>ANMAR INTERNATIONAL LTD.,<br><br>    Plaintiffs,<br><br>v.<br><br>ALAN POLLARD,<br><br>    Defendant. | :<br>:<br>:<br>:  Civil Action No.: 3:18-cv-00551-JCH<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>: |

## AFFIDAVIT OF HUGO GALLETTA IN SUPPORT
## OF MOTION FOR ORDER TO SHOW CAUSE

1.  I am the President and Chief Executive Officer of AnMar International Ltd. I make this Affidavit in support of the Company's application for temporary restraints and a preliminary injunction.

2.  I have learned from an AnMar sales team member that on Wednesday, April 4, a manager of a Company customer forwarded to Alan Pollard at his AnMar email address a compilation of products and prices that AnMar has sold to that customer.

3.  I am confident that the customer's manager knows that Mr. Pollard is no longer working at AnMar. Customers and suppliers of AnMar are aware that Mr. Pollard informed AnMar that his last day of work was March 2 after Mr. Pollard refused my best efforts to persuade him to honor his notice period.

4.  The only possible conclusion is that Mr. Pollard requested that the manager forward this proprietary AnMar information to Mr. Pollard but inadvertently transmitted it to Mr. Pollard's AnMar email address rather than his personal email address. There is no reason the manager would forward this compilation to Mr. Pollard unless Mr. Pollard requested it, and the

only reason that Mr. Pollard would request it at this juncture is to use it to compete against AnMar. It is not difficult to understand how the email was inadvertently transmitted to this email address; most email systems populate the address box automatically when a sender begins to type the address and, if the sender does not check the address box, he will click "send" without realizing that the computer entered an email address other than the one he intended.

5. On April 5, I learned from another AnMar sales team member that Mr. Pollard will be attending an industry exposition that is being held in New Jersey on April 10-11 at which numerous AnMar customers and suppliers network and conduct business. In view of his refusal to honor his notice period, Mr. Pollard's presence at this meeting is necessarily for the benefit of himself and any competitors of AnMar with which he has associated himself or will associate himself. An AnMar sales team member has informed me that he has heard that Mr. Pollard has described himself as a "consultant". This means that rather than immediately take a position with one AnMar competitor, Mr. Pollard intends to serve as a "broker" on behalf of several AnMar competitors to assist those competitors in trying to displace AnMar in connecting suppliers and customers by exploiting his knowledge of AnMar's proprietary and confidential business information and the relationships he cultivated with those suppliers and customers while employed by AnMar.

6. Mr. Pollard should not be engaging in any of the above activities during the notice period following his resignation, which is ongoing and should be extended in view of his refusal to honor it.

_____
Hugo Galletta

STATE OF CONNECTICUT        )
                            ) ss.: Shelton, Connecticut
COUNTY OF FAIRFIELD         )

Personally appeared, Hugo Galletta before me and subscribed and swore to the foregoing on this 6th day of April, 2018.

_____
Notary Public / Commissioner of the Superior Court
My Commission Expires: 8-31-2020

T KAUDERS
Notary Public
Connecticut
My Commission Expires Aug 31, 2020

## CERTIFICATE OF SERVICE

I hereby certify that on April 6, 2018, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of his filing will be sent by e-mail to all parties by operation of the court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF system.

Additionally, on April 6, 2018, a copy of the foregoing was served by email and Federal Express (Monday morning delivery) to the following attorney for Defendant Alan Pollard:

> Peter J. Herrigel, Esq.
> Herrigel & Herrigel
> Hillside Square
> 8 Hillside Avenue, Suite 105
> Montclair, NJ  07042
>
> Email:  pjh@herrigellaw.com

*/s/ Stephen P. Rosenberg*
Stephen P. Rosenberg (CT26601)