# UNITED STATES DISTRICT COURT

# DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| CELLMARK USA, LLC et al., <br> Plaintiffs, <br> v. <br> ALAN POLLARD, <br> Defendant. | : <br> : <br> : <br> : <br> : <br> : <br> : | CIVIL CASE NO. <br> 3:18-CV-00551 (JCH) <br><br> FEBRUARY 14, 2019 |

## ORDER RE: PRELIMINARY INJUNCTION

After briefing and hearing, it is hereby ORDERED that;

The defendants are preliminarily enjoined and restrained until October 18, 2019, directly or indirectly, and whether alone or in concert with others, including any officer, agent, representative, and/or employee, from doing business with any customer of the plaintiffs who were called upon or solicited in violation of the non-solicitation covenant in his Employment Agreement, in any manner, by Mr. Pollard or any defendant, for his, her, or its benefit, during Mr. Pollard's employment or since his employment ended on March 2, 2018, as described and found in this court's Ruling on the record today; "any customer of the plaintiffs" means any entity with which Mr. Pollard or his staff had any dealing of any kind or upon whom Mr. Pollard or his staff called during the course of Mr. Pollard's employment by the plaintiffs for the purpose of selling Fine Chemical Products.

The Preliminary Injunction Order will become effective upon the posting of a cash or surety bond by the plaintiffs in the amount of one hundred fifty thousand dollars ($150,000).

1

**SO ORDERED**.

Dated at New Haven, Connecticut this 14th day of February 2019.

/s/ Janet C. Hall
Janet C. Hall
United States District Judge